## NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

## PIONEER WAGON WORKS, INC., Respondent.

### No. 13755.

United States Court of Appeals
Sixth Circuit.
Dec. 17, 1958.

Thomas J. McDermott, Washington, D. C., for petitioner.

Norman L. Des Jardins and Jerry L. Des Jardins, Owosso, Mich., for respondent.

Before ALLEN, Chief Judge, and MARTIN and MILLER, Circuit Judges.

### PER CURIAM.

This cause came on to be heard upon the petition of the National Labor Relations Board for the summary entry of a decree against Respondent, Pioneer Wagon Works, Inc., its officers, agents, successors and assigns, enforcing an order of the Board dated July 16, 1958, in a proceeding before the said Board numbered 7–CA–1578; upon the transcript of the record in said proceeding, certified and filed in this Court.

On consideration whereof, it is ordered, adjudged and decreed by the United States Court of Appeals for the Sixth Circuit, that the said Order of the National Labor Relations Board be, and the same is hereby, enforced; and that said Respondent, Pioneer Wagon Works, Inc., its officers, agents, successors and assigns abide by and perform the directions of the Board in said order contained.

## William H. CHAPMAN, Appellant,

v.

## Ralph W. ALVIS, as Warden, Ohio Penitentiary, Appellee.

### No. 13546.

United States Court of Appeals
Sixth Circuit.
Dec. 17, 1958.

Wm. B. Shaffer, Jr., Cincinnati, Ohio, for appellant.

Wm. Saxbe, Atty. Gen., and Wm. M. Vance, Columbus, Ohio, for appellee.

Before SIMONS and MARTIN, Circuit Judges, and FREEMAN, District Judge.

### PER CURIAM.

This appeal from a denial of an application for a writ of habeas corpus in the United States District Court, has been heard and considered upon the oral argument and briefs of the petitioner and attorneys for both parties and upon the record in the case; and it appearing that the petitioner has made no showing of any error in the order of the District Judge, and that Judge Cecil reached an entirely correct result;

The order of the District Court is affirmed.